IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                        :   Chapter 11
                              :
SYNAGRO TECHNOLOGIES, INC., et al.,  :   Case No. 13-11041 (BLS)
                              :
         Debtors.[1]          :   (Jointly Administered)
                              :
------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned cases.

On September 30, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via Overnight mail on the service list attached hereto as **Exhibit A**:

- **Notice of Rejection Damages Bar Date** [*attached hereto as* **Exhibit B**]

Dated: October 4, 2013

_____
Alvaro Salas, Jr.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of October, 2013, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Drilling Solutions, LLC (9935); Earthwise Organics, LLC (5458); Environmental Protection & Improvement Company, LLC (2397); NETCO - Waterbury, LP (5202); New Haven Residuals, LP (2758); New York Organic Fertilizer Company (8694); Providence Soils, LLC (9061); Soaring Vista Properties, LLC (4015); South Kern Industrial Center, LLC (2099); ST Interco, Inc. (4897); Synagro - Connecticut, LLC (5532); Synagro - WCWNJ, LLC (0817); Synagro - WWT, Inc. (0492); Synagro Central, LLC (2568); Synagro Composting Company of California, LLC (7671); Synagro Detroit, LLC (1107); Synagro Drilling Solutions, LLC (4598); Synagro-Hypex, LLC (2544); Synagro Management, LP (4546); Synagro Northeast, LLC (2564); Synagro of California, LLC (8598); Synagro of Minnesota - Rehbein, LLC (7969); Synagro of Texas - CDR, Inc. (8566); Synagro Product Distribution, LLC (4357); Synagro South, LLC (2567); Synagro Technologies, Inc. (9860); Synagro Texas, LLC (4372); Synagro West, LLC (2566); Synagro Woonsocket, LLC (1634); Synatech Holdings, Inc. (5544). The Debtors' address is 1800 Bering Drive, Suite 1000, Houston, Texas 77057.

# Exhibit A

**Exhibit A**
**Affected Parties**
**Overnight**

| Company | Contact | Address | City | State | Zip |
|---|---|---|---|---|---|
| COMDATA CORPORATION | ACCT No ZV097 | PO BOX 100647 | ATLANTA | GA | 30384-0647 |
| ELIZABETH OSTOICH | | PO BOX 12118 | SAN BERNADINO | CA | 92423-2118 |

# Exhibit B

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
SYNAGRO TECHNOLOGIES, INC., et al., : Case No. 13-11041 (BLS)
:
Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    **Related Docket Nos. 358, 794**

## NOTICE OF REJECTION DAMAGES BAR DATE

PLEASE TAKE NOTICE that, pursuant to the Order Under Bankruptcy Code Sections 105, 502 and 503 and Bankruptcy Rules 2002, 3003(c)(3) and 9007 (I) Setting General Bar Date, (II) Establishing Procedures for Filing Proofs of Claim, and (III) Approving Form and Manner of Notice Thereof (the "Bar Date Order") [Docket No. 0358],[2] the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") established the bar date for filing proofs of claim for any rejection damages claim, arising from the rejection by the above-captioned debtors (the "Debtors") of any executory contract or unexpired lease must be filed by the date that is thirty (30) days after the effective date of rejection of such executory contract or unexpired lease (the "Rejection Bar Date").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Drilling Solutions, LLC (9935); Earthwise Organics, LLC (5458); Environmental Protection & Improvement Company, LLC (2397); NETCO - Waterbury, LP (5202); New Haven Residuals, LP (2758); New York Organic Fertilizer Company (8694); Providence Soils, LLC (9061); Soaring Vista Properties, LLC (4015); South Kern Industrial Center, LLC (2099); ST Interco, Inc. (4897); Synagro - Connecticut, LLC (5532); Synagro - WCWNJ, LLC (0817); Synagro - WWT, Inc. (0492); Synagro Central, LLC (2568); Synagro Composting Company of California, LLC (7671); Synagro Detroit, LLC (1107); Synagro Drilling Solutions, LLC (4598); Synagro-Hypex, LLC (2544); Synagro Management, LP (4546); Synagro Northeast, LLC (2564); Synagro of California, LLC (8598); Synagro of Minnesota - Rehbein, LLC (7969); Synagro of Texas - CDR, Inc. (8566); Synagro Product Distribution, LLC (4357); Synagro South, LLC (2567); Synagro Technologies, Inc. (9860); Synagro Texas, LLC (4372); Synagro West, LLC (2566); Synagro Woonsocket, LLC (1634); Synatech Holdings, Inc. (5544). The Debtors' address is 435 Williams Court, Suite 100, Baltimore, MD 21220.

[2] Capitalized terms not otherwise defined herein shall have the definitions ascribed to them in the Bar Date Order.

PLEASE TAKE FURTHER NOTICE that, on August 20, 2013, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law, and Order Under Bankruptcy Code Section 1129(a) and (b) and Bankruptcy Rule 3020 Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Synagro Technologies, Inc. and its Affiliated Debtors and Debtors-in-Possession (the "<u>Confirmation Order</u>") [Docket No. 794]. Pursuant to the Confirmation Order, the Bankruptcy Court confirmed the Second Amended Joint Chapter 11 Plan of Reorganization of Synagro Technologies, Inc. and its Affiliated Debtors and Debtors-in-Possession (the "<u>Plan</u>"), which confirmed Plan was attached to the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the effective date of the Plan (the "<u>Effective Date</u>") occurred on August 22, 2013, notice of which was provided pursuant to that certain Notice of (I) Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of Synagro Technologies, Inc. and Its Affiliated Debtors and Debtors-In-Possession, (II) the Occurrence of the Effective Date, and (III) Deadlines for Filing Administrative Claims and Final Fee Applications [Docket No. 813].

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan, an executory contract or unexpired lease to which you are a party was rejected, effective on the Effective Date of the Plan.

**Accordingly, for the avoidance of doubt, please take notice that, to the extent you have not already done so, the Rejection Bar Date, by which you must file any proof of claim asserting damages arising from the rejection of your contract is <u>SEPTEMBER 23, 2013</u>. All proofs of claim must be filed in accordance with the procedures set forth in the Bar Date Order.**

Dated: Wilmington, Delaware
September 13, 2013

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Mark S. Chehi (I.D. No. 2855)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000

- and -

George N. Panagakis
Jessica S. Kumar
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700

*Counsel for the Reorganized Debtor*

3