IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

SYNAGRO TECHNOLOGIES, INC.,

           Reorganized Debtor.

---

Chapter 11

Case No. 13-11041 (BLS)

Jointly Administered

Related Docket No. 1085, 1094

### FINAL DECREE AND ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 350(a), BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1 CLOSING THE BANKRUPTCY CASE OF SYNAGRO TECHNOLOGIES, INC.

Upon the motion (the "Motion")[1] of the Reorganized Debtors[2] for a final decree and order, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the bankruptcy case of Synagro Technologies, Inc., administered under the above-referenced case number; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and the relief requested therein and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Drilling Solutions, LLC (9935); Earthwise Organics, LLC (5458); Environmental Protection & Improvement Company, LLC (2397); NETCO - Waterbury, LP (5202); New Haven Residuals, LP (2758); New York Organic Fertilizer Company (8694); Providence Soils, LLC (9061); Soaring Vista Properties, LLC (4015); South Kern Industrial Center, LLC (2099); ST Interco, Inc. (4897); Synagro - Connecticut, LLC (5532); Synagro - WCWNJ, LLC (0817); Synagro - WWT, Inc. (0492); Synagro Central, LLC (2568); Synagro Composting Company of California, LLC (7671); Synagro Detroit, LLC (1107); Synagro Drilling Solutions, LLC (4598); Synagro-Hypex, LLC (2544); Synagro Management, LP (4546); Synagro Northeast, LLC (2564); Synagro of California, LLC (8598); Synagro of Minnesota - Rehbein, LLC (7969); Synagro of Texas - CDR, Inc. (8566); Synagro Product Distribution, LLC (4357); Synagro South, LLC (2567); Synagro Technologies, Inc. (9860); Synagro Texas, LLC (4372); Synagro West, LLC (2566); Synagro Woonsocket, LLC (1634); Synatech Holdings, Inc. (5544). The Reorganized Debtors' address is 435 Williams Court, Suite 100, Baltimore, MD 21220.

any responses to the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The following Chapter 11 Case is hereby closed: Synagro Technologies, Inc., Case No. 13-11041 (BLS) (the "Completed Case").

3. The Clerk of the Court shall enter this final decree and order (the "Order") on the docket of the Completed Case and such docket thereafter shall be marked as closed.

4. The Plan Administrator shall pay from the Wind Down Fund outstanding quarterly fees under 28 U.S.C. § 1930(a)(6), if any, not later than 30 days after entry of this Order.

5. The Reorganized Debtors and the Plan Administrator are hereby authorized to complete all outstanding administrative tasks after entry of this Order, including, without limitation, resolution of any remaining unresolved claims, payment of any outstanding expenses from the Wind Down Fund, and distribution of the remaining Wind Down Fund in accordance with the Plan.

6. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

7. The appointment and services of the Claims Agent as the claims and noticing agent of the Bankruptcy Court shall be terminated effective thirty (30) days from the entry of this Order. The Claims Agent shall prepare final claims registers for the Clerk's office pursuant to the Guidelines for the Implementation of 28 U.S.C. § 156(c) (the "Guidelines") and shall box and transport claims to the Federal Archives or to such other place as the Clerk's office

directs pursuant to the Guidelines. The Claims Agent is authorized to shred or otherwise dispose of all noticing and other documents that have been returned by the post office as undeliverable mail. Notwithstanding the foregoing, the Reorganized Debtors are authorized to retain the Claims Agent as needed to assist in the wind up of the Chapter 11 Cases and the final administration of the estates.

8. The Court shall retain jurisdiction with respect to all matters arising from the Chapter 11 Cases, including, but not limited to matters relating to the interpretation or implementation of the Confirmation Order and this Order.

Dated: Wilmington, Delaware
September 15, 2014

_____
Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

3